UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-654-MOC-DCK

| | |
|---|---|
| MILES DANTZLER, )<br>)<br>Plaintiff, pro se, )<br>)<br>vs. )<br>)<br>)<br>ALDOUS & ASSOCIATES, PLLC, )<br>)<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on its own motion following Plaintiff's failure to respond to this Court's Show Cause Order dated April 26, 2024, in which the Court stated:

> Within 20 days of entry of this Order, Plaintiff shall either file an executed summons or Plaintiff shall file a response to this Court explaining why this action should not be dismissed for failure to prosecute. **If Plaintiff takes no action, the Court will dismiss this action without prejudice and without further notice to Plaintiff.**

(Doc. No. 3). More than 20 days has passed since the Court entered its Show Cause Order, and Plaintiff has taken no action in response to the Court's Order. Therefore, this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Signed: August 6, 2024

*Max O. Cogburn Jr.*
United States District Judge

1